Matter of Penney Prop. Sub Holdings LLC v Town of Amherst (2024 NY Slip Op 03299)

Matter of Penney Prop. Sub Holdings LLC v Town of Amherst

2024 NY Slip Op 03299

Decided on June 14, 2024

Appellate Division, Fourth Department

Published by New York State Law Reporting Bureau pursuant to Judiciary Law § 431.

This opinion is uncorrected and subject to revision before publication in the Official Reports.

Decided on June 14, 2024
SUPREME COURT OF THE STATE OF NEW YORK
Appellate Division, Fourth Judicial Department

PRESENT: WHALEN, P.J., LINDLEY, DELCONTE, KEANE, AND HANNAH, JJ.

454 OP 23-02166

[*1]IN THE MATTER OF PENNEY PROPERTY SUB HOLDINGS LLC, PETITIONER,
v
TOWN OF AMHERST, RESPONDENT. 

HARTER SECREST & EMERY LLP, ROCHESTER (MEGAN K. DORRITIE OF COUNSEL), FOR PETITIONER. 
HODGSON RUSS LLP, BUFFALO (DANIEL A. SPITZER OF COUNSEL), FOR RESPONDENT. 

 Proceeding pursuant to EDPL 207 (initiated in the Appellate Division of the Supreme Court in the Fourth Judicial Department) to review a determination of respondent. The determination acquired certain property of petitioner by eminent domain. 
Now, upon reading and filing the stipulation of discontinuance signed by the attorneys for the parties on May 20, 2024,
It is hereby ORDERED that said proceeding is unanimously dismissed without costs upon stipulation.
Entered: June 14, 2024
Ann Dillon Flynn
Clerk of the Court